

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00839-CV

**CORSAIR CONSULTING, LLC**,
Appellant

v.

Jose Luis **HERNANDEZ**, Jr.,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CI17649
Honorable Tina Torres, Judge Presiding

BEFORE JUSTICE SPEARS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the parties' agreed motion to dismiss this appeal is GRANTED, and the appeal is DISMISSED. *See* TEX. R. APP. P. 42.1(a)(2). In accordance with the parties' agreement, all costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d).

SIGNED March 26, 2025.

_____
Adrian A. Spears II, Justice